# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID JI,

Appellant,

vs.

STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,

Respondent.

No. 69449

FILED

APR 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from purported findings of fact, conclusions of law and decision and disposition made on December 2, 2015. Eighth Judicial District Court, Family Court Division, Clark County; Robert Teuton, Judge.

When our initial review of the docketing statement and other documents before this court revealed potential jurisdiction defects, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the notice of appeal was prematurely filed before the entry of a written order. *See* NRAP 4(a)(6); *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987). It also appeared that if a written order was entered, it would not be substantively appealable because this matter arose under NRS Chapter 432B. *See Clark Cnty. Dist. Attorney v. Dist. Court*, 123 Nev. 337, 342, 167 P.3d 922, 925 (2007); *Matter of Guardianship of N.S.*, 122 Nev. 305, 311, 130 P.3d 657, 661 (2006).

In response to our order, appellant points to a written order entered on November 16, 2015, but admits that no order was entered regarding the December 2, 2015, hearing. Further, appellant does not assert that any written order is substantively appealable, where, as here,

the order relates to proceedings under NRS Chapter 432B. Accordingly, we conclude that we lack jurisdiction over this appeal, *see Taylor Const. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984) (this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule), and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Robert Teuton, District Judge, Family Court Division
       William B. Terry, Chartered
       Clark County District Attorney/Juvenile Division
       Eighth District Court Clerk